# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PAULO ROBERTO LOPES DA SILVA,**

      **Plaintiff,**

-vs-                                                                                          Case No. 6:08-cv-763-Orl-31DAB

**BPW PERSHING, LLC d/b/a Brooklyn Pizza and CARLOS SCIORTINO,**

      **Defendants.**

_____

## ORDER

This cause comes before the Court on Motion for Default Judgment (Doc. No. 10) filed July 28, 2008.

On August 28, 2008, the United States Magistrate Judge issued a report (Doc. No. 13) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Default Judgment is GRANTED.

3. The clerk is directed to enter judgment in the amount of $66,756.50 in favor of the Plaintiff Paulo Roberto Lopes Da Silva against the Defendants BPW Pershing, LLC and Carlos Sciortino.

4. The clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 16th day of September, 2008.

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE